```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| JENNY GROSSMAN, | ) | 3:09-CV-00456-ECR-VPC |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: JULY 1, 2010 |
| | ) | |
| A-1 BENEFITS, INC., a Nevada corporation; and INTERSTATE INSURANCE SERVICES, INC., a Nevada corporation, | ) ) ) ) | |
| | ) | |
|     Defendants. | ) ) | |

PRESENT:     EDWARD C. REED, JR.                          U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN          Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Defendants have filed a Request for Review (#28) of the Magistrate Judge's Order (#27) denying an extension of the discovery deadline and scheduling order.  The Magistrate Judge's Order (#27) is not clearly erroneous or contrary to law.  The Magistrate Judge previously warned the parties (Order #25) that no further extensions of time would be granted. Defendants' arguments are not persuasive.

    **<u>IT IS HEREBY ORDERED</u>** that the Magistrate Judge's Order (#27) is **<u>AFFIRMED</u>**.

                                          LANCE S. WILSON, CLERK

                                          By         /s/
                                                   Deputy Clerk